Order issued November 15, 2012

004971



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-11-01565-CR
No. 05-11-01566-CR

## CHRISTOPHER CHARLES SPENCER, Appellant

## V.

## THE STATE OF TEXAS, Appellee

## ORDER

Appellee's November 14, 2012 motion to accept tendered brief is **GRANTED**, and the brief given into the clerk's custody is **ORDERED** filed as of the date received.

_____
LANA MYERS
PRESIDING JUSTICE